UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI SALEEM BEY, et al.,<br>    Plaintiffs,<br> v.<br>CITY OF OAKLAND, et al.,<br>    Defendants. | Case No. 14-cv-01626-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |

  Plaintiffs Ali Saleem Bey and John Muhammad Bey filed this action without paying the filing fee and without attorney representation in April 2014.  Only Plaintiff Ali Bey, however, made a motion to proceed *in forma pauperis*.  The Court granted Ali Bey's motion, and ordered John Muhammad Bey to file a motion to proceed *in forma pauperis* or pay the filing fee.  John Bey filed the motion on August 7, 2014.  (Dkt. No. 9.)  The Court has reviewed John Bey's motion and finds that he qualifies to proceed without paying the filing fee; accordingly, his motion to proceed *in forma pauperis* is GRANTED.

  The Court will now review the complaint pursuant to 28 U.S.C. section 1915 to determine if it should order the United States Marshal to effect service.  The case management conference scheduled for August 21, 2014 is therefore continued to November 6, 2014 at 1:30 p.m.

  This Order disposes of Docket No. 9.

  **IT IS SO ORDERED.**

Dated: August 18, 2014

                       _____
                       JACQUELINE SCOTT CORLEY
                       United States Magistrate Judge