RECEIVED
2015 DEC 23 P 1:42
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA.

1   Ali Saleem Bey, John Muhammad Bey

2   Address: 2417 Palmetto St. Oakland Ca. 94602

3   Phone Number: (510) 697-2127

4   E-mail Address: sbey99@gmail.com

5   Pro Se

6

7                  **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9   Ali Saleem Bey, John Muhammad Bey     )   Case Number: <u>14-cv-01626</u> JSC
                                          )
10                                        )   **DECLARATION OF JOHN BEY IN**
                                          )   **SUPPORT OF PLAINTIFFS' MOTION**
11            Plaintiff(s),               )   **FOR EXTENSION OF TIME TO FILE**
                                          )   **TAC**
12        vs.                             )
                                          )
13  City of Oakland et al                 )
                                          )
14            Defendant(s).               )   DATE:  12 21 2015
                                          )
15                                        )   JUDGE: Hon. **Jacqueline Scott**
                                          )   **Corley**
16                                        )
                                          )
17  _____     )

18      I, *John Bey, declare*

19      *1.*        I am the pro se Plaintiff in Case Number 14-cv-01626, the

20                  matters set forth herein are known to me to be true and if

21                  called upon, I could competently testify thereto.

22

23      *2.*        Plaintiffs Motion seeks an extension of time. I declare under

24                  penalty of perjury under the laws of the United States of

25                  America that the foregoing is true and correct.

26

27

DECLARATION OF ALI SALEEM BEY IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND TO
DEFENDANT'S MOTION CASE NO; 14-cv-01828                          PAGE ___ OF ___

1  Plaintiffs in pro se hereby respectfully request an extension of time of 60 days to

2  file Plaintiffs' Third Amended Complaint (TAC). 1. Due to the legal aid scheduling

3  conflict timing of the end of the calendar year and associated holidays, Plaintiffs

4  request additional time to seek legal assistance from them. 2. Plaintiffs appreciate

5  the Court's granted opportunity to amend their complaint and would seek to take full

6  advantage of said opportunity to find legal aid assistance to file a competent Third

7  Amended Complaint (TAC) that will not waste the Court's valuable time. 3. The relief

8  requested herein is for good cause and will not result in undue delay in the

9  administration of this case. 4. The TAC involves complex issues of law that require

10  Plaintiffs to seek competent legal assistance. 5. An enlargement of time for filing

11  Plaintiffs' TAC is necessary due to Plaintiffs' workload, family, and holiday

12  scheduling impact on getting access to the legal assistance required to file a

    competent TAC.

13  **IN WITNESS WHEREOF,** Plaintiffs respectfully move that the Court extend the time for

14  filing the TAC to March 5th 2016

15  Respectfully submitted,
    Date: 12/23/15_____        Signature: _____
16
17                                       Printed name: _____John Bey_____
                                                        Pro Se

18    **ORDER EXTENDING DEADLINE FOR FILING THIRD AMENDED COMPLAINT (TAC)**

19  Having reviewed the moving papers of Plaintiffs and good cause appearing

20  therefore **IT IS HEREBY ORDERED** that Plaintiffs' 3rd amended complaint shall be

21  filed no later than **March 5th 2016**  January 20, 2016.

22  **Dated December 21st 2015.**

23                    28
                                        _____
24                                      UNITED STATES MAGISTRATE JUDGE
                                        Jacqueline Scott Corley
25

26

27