CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALI SALEEM BEY and JOHN MUHAMMAD BEY,** | Case No.: **14-cv-01626-JSC (MEJ)** |
| **Plaintiffs,** | **MOTION FOR SUBSTITUTION OF ATTORNEYS and Order** |
| **vs.** | |
| **CITY OF OAKLAND, et al.,** | |
| **Defendants.** | |

---

## INTRODUCTION

Plaintiffs **ALI SALEEM BEY and JOHN MUHAMMAD BEY are representing themselves _In Propria Persona_ ("_In Pro Per_") and have retained the Law Offices of Bonner & Bonner to substitute in this action in their place and as their attorneys.**

## DISCUSSION

The Plaintiffs are not attorneys, not trained in legal matters, and desire to be represented in this action by the Law Offices of Bonner & Bonner whose office address, email address, telephone number and fax number are as listed above.

The Plaintiffs ALI SALEEM BEY and JOHN MUHAMMAD BEY approve the substitution.

The withdrawal of Plaintiffs as *In Pro Pro* litigants will not delay these proceedings.

## CONCLUSION

For the foregoing reasons, the Plaintiffs ask this Court to grant their motion to withdraw as their own representatives *In Pro Per* and to substitute the Law Offices of Bonner & Bonner as attorneys for the Plaintiffs.

I consent to and approve this substitution.

_____
**ALI SALEEM BEY**

**JOHN MUHAMMAD BEY,**

Dated: August 12, 2016

THE LAW OFFICES OF BONNER & BONNER

/s/ *Charles A. Bonner*
CHARLES A. BONNER
Attorney for Plaintiff

ORDER

After considering *In Pro Per* Plaintiffs' Motion to Substitute the Law Offices of Bonner & Bonner in place themselves as their own representatives, the Court finds good cause to allow the Plaintiffs to withdraw as Plaintiffs *In Pro Per,* and the Law Offices of Bonner and Bonner to be substituted as attorneys for the Plaintiffs.

SIGNED ON:_____, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

**SUBSTITUTION OF ATTORNEYS**

**14-cv-1626- JSC**

The withdrawal of Plaintiffs as *In Pro Pro* litigants will not delay these proceedings.

## CONCLUSION

For the foregoing reasons, the Plaintiffs ask this Court to grant their motion to withdraw as their own representatives *In Pro Per* and to substitute the Law Offices of Bonner & Bonner as attorneys for the Plaintiffs.

I consent to and approve this substitution.

**ALI SALEEM BEY**

_____

**JOHN MUHAMMAD BEY,**

Dated: August 12, 2016

THE LAW OFFICES OF BONNER & BONNER

/s/ *Charles A. Bonner*
CHARLES A. BONNER
Attorney for Plaintiff

## ORDER

After considering *In Pro Per* Plaintiffs' Motion to Substitute the Law Offices of Bonner & Bonner in place themselves as their own representatives, the Court finds good cause to allow the Plaintiffs to withdraw as Plaintiffs *In Pro Per,* and the Law Offices of Bonner and Bonner to be substituted as attorneys for the Plaintiffs.

SIGNED ON:_____, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

**SUBSTITUTION OF ATTORNEYS**

**14-cv-1626- JSC**