BARBARA J. PARKER, City Attorney, SBN 069722
OTIS McGEE, JR., Chief Assistant City Attorney, SBN 071885
KIMBERLY A. BLISS, Supervising Attorney, SBN 207857
JASON ALLEN, Deputy City Attorney, SBN 284432
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:     (510) 238-3839 (Allen)
Facsimile:     (510) 238-6500
Email:     jallen@oaklandcityattorney.org
X04143/2332492

Attorneys for Defendant
CITY OF OAKLAND


CHARLES A. BONNER, Esq., SBN 85413
A.CABRAL BONNER, Esq., SBN 247528
Law Offices of Bonner & Bonner
475 Gate Five Road, Ste. 212
Sausalito, CA  94965
Tel:  415-331-3070; Fax:  415-331-2738
Email:  cbonner799@aol.com

Attorneys for Plaintiffs ALI SALEEM BEY
AND JOHN MUHAMMED BEY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALI SALEEM BEY and JOHN MUHAMMAD BEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND and DOES 1-100<br>Defendants. | Case No. 14-cv-01626-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO APPOINT SPECIAL INVESTIGATOR**<br><br>Judge: Honorable Jacqueline Scott Corley<br>Hearing Date: March 29, 2018<br>Time: 2:00 p.m.<br>Courtroom: F, 15th Floor<br><br>Date Action Filed: April 19, 2014<br>Trial Date:  December 4, 2017 |

Defendant City of Oakland (the "City") and Plaintiffs Ali Saleem Bey and John Muhammed Bey ("Plaintiffs) hereby respectfully submit this Joint Stipulation and Proposed Order to modify the briefing schedule for Plaintiffs' pending Motion to Appoint a Special Investigator (the "Motion"). [*See* Dkt. 104-109, 117-118.] The parties seek to move back the deadlines for filing the City's opposition brief and Plaintiffs' reply brief by seven days. As explained further below, the parties submit there is good cause to continue those dates because necessary administrative issues related to confidential information included with the Motion required significant time and attention in the time since Plaintiffs filed the Motion. [*See* Dkt. 110-115, 117-118, 121.]

## INTRODUCTION AND PROCEDURAL HISTORY

Plaintiffs filed the Motion, including declarations with approximately 25 exhibits and a request for judicial notice, on Friday, February 9, 2018. [Dkt. 104-109.] The Motion and all related documents were initially filed publicly. [*See id.*] A number of the documents filed with the Motion had been designated confidential and were thus protected under the protective order in this case. [*Id.*] Additionally, portions of Plaintiffs' Memorandum of Points and Authorities and Plaintiff John Bey's Declaration in support of the Motion also included confidential information, protected under the protective order. [*Id.*; *see* Dkt 117, 118.]

In the time since Plaintiffs filed the Motion, the parties spent significant time addressing the confidential materials submitted with the Motion and taking the necessary administrative steps to have those materials removed from the public docket and to seek leave to file those materials under seal. [Dkt. 110-115, 117-119, 121.] Additionally, until Plaintiffs' counsel contacted the City on the afternoon of Wednesday, February 14 to seek a stipulation for a continuance, the City understood that the settlement conference scheduled for February 21, 2018, would go forward. [*See* Dkt. 116, 119 (stipulated request for, and order granting, continuance of the settlement conference).] As a result, the City had been preparing for that settlement conference, including drafting a settlement statement. Those administrative necessities have delayed the parties' abilities to address the substance of the Motion.

The parties have met and conferred and agree to modify the briefing schedule for the Motion by moving back the filing deadlines for the City's opposition brief and Plaintiffs' reply brief by seven days, to March 2 and March 9, 2018, respectively. The hearing on the Motion is currently set for March

1  29, 2018—20 days after Plaintiffs' reply brief will be due under the requested briefing schedule. [Dkt.
2  120.] Thus, the parties do not believe the requested modification to the briefing schedule will
3  necessitate a change to the current hearing date.

4                                    **STIPULATION**

5       Based on the foregoing, the parties hereby stipulate, subject to the Court's approval, to the
6  following briefing schedule for the Motion:

7       • The City's opposition to the Motion will be due on March 2, 2018.
8       • Plaintiffs' reply brief will be due on March 9, 2018.

9  Dated: February 18, 2018

                                    BARBARA J. PARKER, City Attorney
10                                  OTIS McGEE, JR., Chief Assistant City Attorney
                                    KIMBERLY A. BLISS, Supervising Attorney
11                                  JASON ALLEN, Deputy City Attorney

12
                                    By: /s/ Jason M. Allen*
13                                  JASON M. ALLEN
                                    Attorneys for Defendant
14                                  CITY OF OAKLAND

15                                  **\*I hereby attest that I have obtained the
                                    concurrence in the filing of this document for all
16                                  signatories indicated by a conformed signature
                                    (/S/).**
17

18  Dated:  February 18, 2018
                                    Law Offices of Bonner & Bonner
19

20                                  By: /s/ A. Cabral Bonner
                                    A.  Cabral Bonner
21                                  Attorneys for Plaintiffs
                                    ALI SALEEM BAY AND JOHN MUHAMMED
22                                  BEY

23
24
25
26
27
28

# [PROPOSED] ORDER

Based on the stipulation of the parties, the Court finds good cause to modify the briefing schedule for Plaintiffs' pending Motion to Appoint Independent Investigator (the "Motion") as follows:

- The City of Oakland's opposition to the Motion will be due on March 2, 2018.
- Plaintiffs' reply brief will be due on March 9, 2018.

IT IS SO ORDERED.

_____<br>
HON. JACQUELINE SCOTT CORLEY<br>
UNITED STATES MAGISTRATE JUDGE