# EXHIBIT 26

# NVI Educational Technology Specialists

**Computer Labs**

**Teacher Training**

**Technology Plans**

www.NileStyle.net

**Manufactured in Oakland Ca.**
Nile Valley Industries, Ltd.



# HiTechFurniture Manufacturing

West Oakland



# Closing the digital divide

### by Earl 3X Reddix

Ali Saleem Bey and John Muhammad wanted to address the growing digital divide between the Black and white communities when they started Nile Valley Industries, a Black-owned-and-operated computer manufacturing company in Oakland, Ca.

In doing so, Bro. Bey, CEO, and Bro. Muhammad, president, received lots of attention in the tech world by bringing the furniture and technology worlds together to produce the Nile Station, which combines computer components with a customized desk.

"Technology exposes children to knowledge, which is power," said Bro. Bey. "The Internet alone can be used to search any subject to receive a wealth of knowledge whereas when you have no Internet access to information, you are dependent upon the TV or decrepit

Continued on page 35



John Muhammad, president (left), and Ali Saleem Bey, CEO (right), with Congresswoman Barbara Lee touring the NVI manufacturing facility.

# Oakland Unified School District



# Cutting Edge Education



# OUSD Prescott School Before



# OUSD Prescott School After



# OUSD Technology Assessment Data

Fruitvale Elementary school – Cherie Ivey, Principal

## First year impact of NVI Learning Lab on school

- **Teacher Survey**
- **100%** of surveyed teachers state that the lab has had a huge positive effect on their students.
- **100%** of surveyed teachers state that their students love the lab and are excited about going to the lab on a regular basis.
- **100%** of surveyed teachers state that the use of the lab has augmented their ability to deliver the class content they are teaching.
- **95%** of surveyed teachers state that the unique design of the lab ( i.e. monitors located below surface of desk ) was a major reason for its success.
- **Impact on School**
- **100%** usage staff and students in target grades. ( target grades 3rd – 5th grades )
- **85% increase in student computer literacy in target grades.**
- 65% usage staff and students in non-target grades (Non-target grades are 1st -2nd grades ) * Note – below 1st grade was not tracked.
- **100% of 5th grade students leaving Fruitvale Elementary will start Middle school computer literate.**
- **Impact on Home**
- Parents reported increased excitement about school expressed by their children
- Parents reported more requests for home computer access by their children
- **Impact on Community**
- Ability to run Adult literacy classes in the lab in the evening

# Businessmen seek to create jobs for the black community

**By Chauncey Bailey**
STAFF WRITER

OAKLAND — A portable basketball hoop on a 10-foot pole seems out of place in the East Oakland warehouse and workspace where Ali Saleem Bey and John Muhammad Bey have been manufacturing computers installed in wooden desks.

"It's a stress reliever. . . . We often put in 16- to 18-hour days," said Saleem, 36, chief executive officer at Nile Valley Industries LTD, which started in January.

Muhammad, also 36, is president and chief operating officer of the enterprise, at 811 54th Ave., where it takes two days to build a "Nile Station" unit that retails for $1,000.

"The challenge has been getting other African Americans with computer skills to leave their jobs at established companies to work with a black-owned company," Muhammad said. "We named the company Nile Valley because that region of Africa was the birthplace of the most sound mathematicians on the planet."

The Beys started looking at business ventures in 1990 and finally enrolled in high-tech classes at Control Data Institute in San Francisco, where they learned computer skills. They became system engineers and consultants for Fortune 1000 corporations, going on assignments to such countries as Brazil, Colombia and Venezuela.

"We noticed that there were not a lot of blacks in sales or management, so we decided to form our own company," said Saleem. "Many blacks want to recirculate their dollars in the black community.

"There's a digital divide, and this is our contribution toward closing it, and we want to create jobs. Black parents and business owners are seeing how valuable computers can be."

Access to capital also was a hurdle. They used $50,000 to start operating. Projections call for $1.7 million in sales for the first year.

Though African Americans are not using computers at the same rates as whites, they are the fastest growing segment of new computer users, according to industry estimates.

Please see **Blacks,** LOCAL-2



At their Nile Valley Industries plant in East Oakland, Ali Saleem Bey (right) and his business partner, John Muhammad Bey, hope to gain a share of black consumer dollars for computers.

**NOAH BERGER**
— Staff

**Oakland Tribune**

by **Chauncey Bailey**

## Blacks: Big market

Continued from LOCAL-1

"Blacks nationwide are spending $1.3 billion annually on computers and computer-related products or services," said Ken Smikle, president of Target Market News, a Chicago-based research firm that tracks black consumer spending.

At 2-year-old Eastmont Computing Center, now at Eastmont Town Center, administrators said they have seen the number of visits soar from a dozen per week to 1,200 monthly, and 85 to 90 percent of users are African American.

**2000**

**OPD SABOTAGES Educating the same low income population OPD later arrests**

# Schools get computer boost

■ Brothers bring technical skills to low-income students and parents in Oakland

**By Chauncey Bailey**
STAFF WRITER

OAKLAND — Four years ago, Oakland brothers Ali and John Bey weren't feeling fulfilled after taking their computer consulting skills to major companies such as Wells Fargo, Bank of America and Microsoft.

They saw an unmet need in too many neighborhoods. Children, many from low-income households, lacked ready access to computers at school and home, they said.



**ALI BEY** of Oakland's Nile Valley Industries has helped students at Fruitvale Elementary School become computer literate.

**SEAN CONNELLEY** — Staff

Same racial rates as stop and frisk MONDAY, June 28, 2004

# City schools get computer help from 2 brothers

**Cherie Ivey – Principal Fruitvale Elementary School**

Before the Beys started making computers "fun and educational," only 11 percent of third-graders at the school knew much about computers. The percentages were only a bit higher for fourth- and fifth-graders — 13 percent and 18 percent, respectively.

Now, all the students headed to middle school have computer skills and a computer lab for younger children is filled up.

The school is 80 percent African American and La-

▶ **HELP,** from Local 1

communities suffering from more neglect, and coping with fewer resources and lesser-qualified instructors.

At Fruitvale Elementary, entire classes were rotated through the computer lab which became a new hub for learning — much like a library.