# EXHIBIT 31



**Alameda County Sheriff's Office**

LAKESIDE PLAZA, 1401 LAKESIDE DRIVE, 12th FLOOR, OAKLAND, CA 94612-4305

**CHARLES C. PLUMMER, SHERIFF**

MARSHAL · CORONER · PUBLIC ADMINISTRATOR
DIRECTOR OF EMERGENCY SERVICES

510-208-9890

September 1, 2005

Ali Bey

Oakland, CA 94602

Subject: Carry Concealed Weapon Initial License Applications

APPLICATION:

In order for the Sheriff's Office to process your application for a license, please respond to the items below:

1. Complete the attached **California Department of Justice "Standard Application for License to Carry a Concealed Weapon (CCW)."** Fill out, read, and sign Sections 1 through 5, as directed. Use additional pages if more space is required. Sections 6, 7, and 8 must be completed in the presence of an Internal Affairs Deputy. Review Section 7 and be prepared to answer these questions orally at the time of your interview. Do not write anything in Section 7. Return all pages.

2. Complete the attached **Alameda County Sheriff's Office Concealed Weapon License Application.**

3. A **Letter of Justification** is required stating your reason(s) you wish to carry a concealed weapon.

THE PROCESS:

The following is a brief explanation of what you can expect during this process. While each request is unique there are some universal requirements imposed by the California Department of Justice and the Sheriff's Office.

Following receipt of the applications and justification letter an investigator will contact you. The investigator will schedule an interview with you to review your justification and complete the DOJ application. You will need to provide proof of the successful completion of a firearms safety course and your firearm registration. In certain cases an employer's letter will be required. A background check will be initiated. You will need to be fingerprinted (Inkless, "Live Scan") and photographed. Fees for the CCW license vary from $178 to $244 depending on the type of permit. A psychological evaluation may be required for the permit. A licensed psychologist contracting with Sheriff's Office will conduct the evaluation. The fee for the evaluation is $150. There will be an additional charge of $150 for any additional psychological testing that is required. You may be required to provide proof of a $1 million personal liability insurance policy. You will need to qualify with your weapon at the Sheriff's range facility and pay a $50 range fee. In addition to providing your own weapon you will be required to supply your own ammunition and "strong hand" shooting holster (shoulder and cross-draw holsters are not allowed on range). You will be notified when to remit fees.

Your request will be evaluated by the Sheriff's chain of command and a final report will be submitted to the Sheriff who will decide whether a permit will be issued and what restrictions will apply. The length of time this process takes varies; six months is not uncommon.

Sincerely,

Charles C. Plummer
Sheriff-Coroner

*Gloria Holman, Sgt*

Casey Nice, Captain
Internal Affairs/CCW Administrator

BEY0101

Alameda County Sheriff's Office
LAKESIDE PLAZA, 1401 LAKESIDE DRIVE, 12th FLOOR, OAKLAND, CA 94612-4305

CHARLES C. PLUMMER, SHERIFF
MARSHAL - CORONER - PUBLIC ADMINISTRATOR
DIRECTOR OF EMERGENCY SERVICES

(510) 272-6900

March 14, 2006

Ali Saleem Bey

Oakland, CA 94602

**SUBJECT:** **CONCEALED WEAPONS PERMIT APPLICATION DENIAL**

Dear Mr. Bey:

Your application for a concealed weapon permit has been denied. After researching your request for a concealed weapon permit, it was determined that there is insufficient justification for issuance of a concealed weapon permit to you at this time.

If you have further questions you may call Internal Affairs at (510) 208-9800.

Sincerely,

Charles C. Plummer
Sheriff-Coroner

*Gregory J. Ahern #705*

Gregory J. Ahern, Commander
Law Enforcement Services Division

GJA: sh

BEY0103