CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER & BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALI SALEEM BEY and JOHN MUHAMMAD BEY,**<br><br>      Plaintiffs,<br><br>   vs.<br><br>**CITY OF OAKLAND, et al.,**<br><br>      **Defendants** | Case No:  14-cv-01626-JSC<br><br>DECLARATION OF CHARLES A. BONNER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>Hearing Date:<br>Time:<br>Courtroom: F<br>Location:  15th Floor<br>             450 Golden Gate Ave.<br>             San Francisco, CA<br><br>**Judge: The Hon. Jacqueline S. Corley** |

I, A. CABRAL BONNER, declare as follows:

1.      I am an attorney duly licensed by the State of California duly to practice law before all courts in the State of California including the United States District Court for the Northern District of California.

2.      My business address is 475 GATE FIVE ROAD, SUITE 212, SAUSALITO, CA 94965

3.      I have personal knowledge of the matters set forth herein, except those stated on information and belief.  If called as a witness I could competently testify thereto.

4.      PLAINTIFFS have brought this action to address Oakland Police Department

("OPD") accountability, and to evaluate and mandate compliance with the Negotiated Settlement Agreement. ("NSA").

5. The following documents from the Declaration of Ali Saleem Bey in Support of Plaintiffs' Reply Brief [Doc. 132] contain confidential information and should be filed under seal in their entirety:

    a. Exhibit 27, Longmire DOJ Testimony
    b. Exhibit 28, Complaint Investigation Report, March 18, 2014;
    c. Exhibit 30, Joyner, DOJ Testimony
    d. Exhibit 33, Longmire DOJ Testimony
    e. Exhibit 35, Joyner, DOJ Testimony
    f. Exhibit 36, Joyner, DOJ Testimony
    g. Exhibit 38, Longmire DOJ Testimony
    h. Exhibit 39, Longmire DOJ Testimony
    i. Exhibit 40, DOJ Investigation of Longmire Cover
    j. Exhibit 41, Joyner, DOJ Testimony
    k. Exhibit 42, Joyner, DOJ Testimony

6. The following documents contain confidential information and should be filed redacted:

    a. Declaration of Ali Saleem Bey in Support of Plaintiffs' Reply Brief [Doc. 132]
    b. Declaration of John Bey in Support of Plaintiffs' Reply Brief [Doc. 131]

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 9th day of March, 2018 in Sausalito, California.

                                                      By:*/s/CHARLES A. BONNER*
                                                         CHARLES A. BONNER
                                                         Attorney for Plaintiff