| | |
|---|---|
| 1 | BARBARA J. PARKER, City Attorney, SBN 069722 |
| 2 | OTIS McGEE, JR., Chief Assistant City Attorney, SBN 071885 |
|   | COLIN T. BOWEN, Supervising Trial Attorney, SBN 152489 |
| 3 | SELIA M. WARREN, Deputy City Attorney, SBN 233877 |
|   | JASON ALLEN, Deputy City Attorney, SBN 284432 |
| 4 | One Frank H. Ogawa Plaza, 6th Floor |
|   | Oakland, California 94612 |
| 5 | Telephone: (510) 238-3839 |
|   | Facsimile: (510) 238-6500 |
| 6 | Email: jallen@oaklandcityattorney.org |
|   | X04143/2357931 |

Attorneys for Defendant
CITY OF OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALI SALEEM BEY and JOHN MUHAMMAD BEY, | Case No. 14-cv-01626-JSC |
| Plaintiffs, | **DECLARATION OF JASON M. ALLEN IN SUPPORT OF SEALING DEFENDANTS' CONFIDENTIAL DOCUMENTS [Dkt 133]** |
| v. | Honorable Jacqueline Scott Corley |
| CITY OF OAKLAND and DOES 1-100 Defendants. | Action Filed: April 19, 2014 |
| | Trial Date: November 5, 2018 |

I, Jason M. Allen, declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California. I am a Deputy City Attorney with the Oakland City Attorney's Office, counsel of record for Defendant City of Oakland in this action. I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would competently testify thereto.

2. Pursuant to Local Rule 79-5(e), I provide this declaration with respect to the documents designated by the City as "Confidential" under the Protective Order in this case that Plaintiffs Ali Saleem Bey and John Muhammad Bey (collectively, "Plaintiffs") filed with their Administrative Motion to File Under Seal (the "Motion") [Dkt. 133].

3. The Motion addresses the Declaration of John Bey in Support of Plaintiffs' Reply Brief ("JMB Declaration 2") [Dkt. 131], the Declaration of Ali Saleem Bey in Support of Plaintiffs' Reply Brief ("ASB Declaration") [Dkt. 132, *as refiled with further redactions in* Dkt. 135], and 11 of the 18 exhibits to the ASB Declaration [*See* Dkt. 135-1 – 135-18].

4. Plaintiffs' counsel's office sent an unredacted version of the ASB declaration to me by email on March 12, 2018. I have personally reviewed the AMB Declaration. The portions of that declaration that Plaintiffs have redacted, including additional redactions made in the version filed on March 16, 2018, [Dkt. 135], include confidential personnel information regarding current and former OPD officers and confidential information about victims and potential suspects and witnesses in criminal investigations.

5. The exhibits to the ASB Declaration begin with Exhibit 26 and run consecutively through Exhibit 43. Plaintiffs have requested to file the following of those exhibits under seal:

    a. Exhibit 27 [Dkt. 135-2]

    b. Exhibit 28 [Dkt. 135-3]

    c. Exhibit 30 [Dkt. 135-5]

    d. Exhibit 33 [Dkt. 135-8]

    e. Exhibit 35 [Dkt. 135-10]

       f.    Exhibit 36 [Dkt. 135-11]

       g.    Exhibit 38 [Dkt. 135-13]

       h.    Exhibit 39 [Dkt. 135-14]

       i.    Exhibit 40 [Dkt. 135-15]

       j.    Exhibit 41 [Dkt. 135-16]

       k.    Exhiibt 42 [Dkt. 135-17]

6.    Plaintiffs' counsel's office sent unredacted versions of Exhibits 27, 28, 30, 33, 36, 38, 39, 40, 41, and 42 to me by email on March 12, 2018. They sent an unredacted version of Exhibit 35 to me by email on March 16, 2018. I have personally reviewed Exhibits 27, 28, 30, 33, 35, 36, 38, 39, 40, 41, and 42 to the ASB Declaration.

7.    Exhibit 27 [Dkt. 135-2] includes a portion of the file related to an investigation by the California Department of Justice into the conduct of a former officer with the Oakland Police Department ("OPD"). The file includes confidential personnel information regarding current and former OPD officers and confidential information about victims and potential suspects and witnesses in criminal investigations.

8.    Exhibit 28 [Dkt. 135-3] includes a portion of an investigation file related to a complaint to the Citizens' Police Review Board ("CPRB") and the OPD Internal Affairs Division ("IAD"). The file includes confidential personnel information regarding current and former OPD officers. The file also includes confidential information about victims and potential suspects and witnesses in criminal investigations.

9.    Exhibit 30 [Dkt 135-5] includes a portion of the file related to an investigation by the California Department of Justice into the conduct of a former OPD officer. The file includes confidential personnel information regarding current and former OPD officers, and confidential information about victims and potential suspects and witnesses in criminal investigations.

10.    Exhibit 33 [Dkt 135-8] includes a portion of the file related to an investigation by the California Department of Justice into the conduct of a former OPD officer. The file includes confidential personnel information regarding current and former OPD officers, and confidential information about victims and potential suspects and witnesses in criminal investigations.

11. Exhibit 35 [Dkt 135-10] includes a portion of the file related to an investigation by the California Department of Justice into the conduct of a former OPD officer. The file includes confidential personnel information regarding current and former OPD officers, and confidential information about victims and potential suspects and witnesses in criminal investigations.

12. Exhibit 36 [Dkt 135-11] includes a portion of the file related to an investigation by the California Department of Justice into the conduct of a former OPD officer. The file includes confidential personnel information regarding current and former OPD officers, and confidential information about victims and potential suspects and witnesses in criminal investigations.

13. Exhibit 38 [Dkt 135-13] includes a portion of the file related to an investigation by the California Department of Justice into the conduct of a former OPD officer. The file includes confidential personnel information regarding current and former OPD officers, and confidential information about victims and potential suspects and witnesses in criminal investigations.

14. Exhibit 39 [Dkt 135-14] includes a portion of the file related to an investigation by the California Department of Justice into the conduct of a former OPD officer. The file includes confidential personnel information regarding current and former OPD officers, and confidential information about victims and potential suspects and witnesses in criminal investigations.

15. Exhibit 40 [Dkt 135-15] includes a portion of the file related to an investigation by the California Department of Justice into the conduct of a former OPD officer. The file includes confidential personnel information regarding current and former OPD officers, and confidential information about victims and potential suspects and witnesses in criminal investigations.

16. Exhibit 40 [Dkt 135-15] includes a portion of the file related to an investigation by the California Department of Justice into the conduct of a former OPD officer. The file includes confidential personnel information regarding current and former OPD officers, and confidential information about victims and potential suspects and witnesses in criminal investigations.

17. Exhibit 41 [Dkt 135-16] includes a portion of the file related to an investigation by the California Department of Justice into the conduct of a former OPD officer. The file includes confidential personnel information regarding current and former OPD officers, and confidential

1   information about victims and potential suspects and witnesses in criminal investigations.

2       18.    Exhibit 42 [Dkt 135-17] includes a portion of the file related to an investigation by the California Department of Justice into the conduct of a former OPD officer. The file includes confidential personnel information regarding current and former OPD officers, and confidential information about victims and potential suspects and witnesses in criminal investigations.

    I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 16th day of March, 2018, at Oakland, California.

*/s/ Jason M. Allen*
Jason M. Allen