BARBARA J. PARKER, City Attorney, SBN 069722
OTIS McGEE, JR., Chief Assistant City Attorney, SBN 071885
COLIN T. BOWEN, Supervising Trial Attorney, SBN 152489
SELIA M. WARREN, Deputy City Attorney, SBN 233877
JASON M. ALLEN, Deputy City Attorney, SBN 284432
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:     (510) 238-3839 (Allen)
Facsimile:     (510) 238-6500
Email:         jallen@oaklandcityattorney.org
X04143/2419410

Attorneys for Defendant
CITY OF OAKLAND

CHARLES A. BONNER, Esq., SBN 85413
A.CABRAL BONNER, Esq., SBN 247528
Law Offices of Bonner & Bonner
475 Gate Five Road, Ste. 212
Sausalito, CA  94965
Tel:  415-331-3070; Fax:  415-331-2738
Email:  cbonner799@aol.com

Attorneys for Plaintiffs ALI SALEEM BEY
AND JOHN MUHAMMED BEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI SALEEM BEY and JOHN MUHAMMAD BEY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND and DOES 1-100<br>　　　　　Defendants. | Case No. 14-cv-01626-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND CASE MANAGEMENT DATES**<br><br>Judge: Honorable Jacqueline Scott Corley<br><br>Date Action Filed: April 19, 2014<br>Trial Date:  November 26, 2018 |

Defendant City of Oakland (the "City") and Plaintiffs Ali Saleem Bey and John Muhammed Bey ("Plaintiffs) hereby respectfully submit this joint Stipulation and Order to continue the trial date and associated case management dates in this matter pursuant to Federal Rule of Civil Procedure 16(b)(4).  As explained further below, the parties submit there is good cause to continue the dates because the parties, despite their continuing cooperation, have been unable to complete discovery in this matter.

## INTRODUCTION AND PROCEDURAL HISTORY

Although this case was filed in 2014, Plaintiffs initially appeared in *pro per*, and the pleadings were not finalized until mid-2016.  Plaintiffs obtained current counsel in August 2016, and the initial case management conference was held that month.  An unsuccessful settlement conference took place in September 2016 with Magistrate Judge Maria Elena James.

In February 2017, Plaintiffs served written discovery on Defendant, which included more than 119 document requests.  Although the City objects to some of the document requests, the City concedes that many of the requests seek relevant documents (including Internal Affairs files, Citizens' Police Review Board files, criminal investigation files, transcripts, communications, notes, etc.) that date back (in some cases) as far as 2005, given the Court's ruling that some of Plaintiff's time-barred claims "may still serve as relevant evidence" to their timely Section 1983 and 1985 claims.  (Dkt. 72, at 20.)

Many of the documents Plaintiffs seek constitute confidential personnel records under California law, or are otherwise confidential.  Accordingly, the parties negotiated a stipulated Protective Order for highly confidential information, which the Court approved on April 26, 2017.

The City continues searching for and producing documents in response to Plaintiffs' document requests on a rolling basis.  The City's production has been labor-intensive for several reasons, including, but not limited to:  (1) the sheer volume of requests and responsive documents, which includes numerous documents related the approximately 150 Internal Affairs Division cases arising out of the Occupy Oakland events of 2011; (2) many of the documents were created by or pertain to individuals who are no longer employed by the Oakland Police Department or the City, making them more difficult to locate or, alternatively, to reasonably confirm that they no longer exist; and (3) many of the documents consist of confidential police personnel records or contain private information of third

1  parties (such as crime victims and complainants) and were not created electronically, requiring close
2  review and manual redaction.  Still, City has produced over 5,800 pages of documents, plus a number
3  of electronic audio and video files.  The City continues its efforts to gather, review, and produce
4  responsive documents.  Additionally, the parties have conducted several depositions thus far and are
5  working to schedule additional depositions, including Plaintiffs'.
6        The parties have met and conferred on available trial dates, and accordingly request that the
7  Court continue the trial to the mutually-agreeable date of January 28, 2019.
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

# STIPULATION

Based on the foregoing, the parties hereby stipulate, subject to the Court's approval, to continue the trial and case management dates as follows:

|  | Proposed Date |
|---|---|
| Fact Discovery Cut-off | August 24, 2018 |
| Deadline for Hearing Dispositive Motions | October 25, 2018 |
| Expert Disclosures | October 11, 2018 |
| Expert Discovery Cut-off | November 8, 2018 |
| Pretrial Conference | January 10, 2019, at 2:00 p.m. |
| Trial | January 28, 2019, at 8:30 a.m. |

Dated: June 4, 2018

BARBARA J. PARKER, City Attorney
OTIS McGEE, JR., Chief Assistant City Attorney
COLIN T. BOWEN, Supervising Trial Attorney
SELIA M. WARREN, Deputy City Attorney
JASON ALLEN, Deputy City Attorney

By: /s/ Jason M. Allen*
JASON M. ALLEN
Attorneys for Defendant
CITY OF OAKLAND

**\*I hereby attest that I have obtained the concurrence in the filing of this document for all signatories indicated by a conformed signature (/S/).**

Dated:  June 4, 2018

Law Offices of Bonner & Bonner

By: /s/ A. Cabral Bonner
A.  Cabral Bonner
Attorneys for Plaintiffs
ALI SALEEM BAY AND JOHN MUHAMMED BEY

# ORDER

Based on the stipulation of the parties, the Court finds good case to continue the trial date and case management dates as follows:

|  | Proposed Date |
|---|---|
| Fact Discovery Cut-off | August 24, 2018 |
| Deadline for Hearing Dispositive Motions | October 25, 2018 |
| Expert Disclosures | October 11, 2018 |
| Expert Discovery Cut-off | November 8, 2018 |
| Pretrial Conference | January 10, 2019 at 2:00 p.m. |
| Trial | January 28, 2019 at 8:30 a.m. |

The parties shall otherwise comply with the requirements of the Court's previous Pretrial Order dated October 28, 2016 (Doc. No. 93).

IT IS SO ORDERED.

Dated: June 5, 2018

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE