CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER & BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALI SALEEM BEY and JOHN MUHAMMAD BEY,**<br><br>        **Plaintiffs,**<br><br>    **vs.**<br>**CITY OF OAKLAND, et al.,**<br><br>        **Defendants** | **Case No:  14-cv-01626-JSC**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**Hearing Date: JULY 29, 2019**<br>**Time:        10:00 a.m.**<br>**Courtroom:   F**<br>**Place:       15th Floor**<br>**             450 Golden Gate Ave.**<br>**             San Francisco, CA**<br><br>**Judge:  The Hon. Jacqueline S. Corley** |

Plaintiffs **ALI SALEEM BEY** and **JOHN MUHAMMAD BEY** submit this application pursuant to Rule 7-11 of the Civil Local Rules for an order authorizing the Plaintiffs to file documents in opposition to Defendant's Motion for Summary Adjudication under seal. This motion is based on the grounds that documents at issue, produced by Defendant City of Oakland are confidential and have been marked confidential in accordance with the Protective Order (Docket No. 96).  Specifically, the documents at issue include police reports, investigation reports, and other confidential documents related to police investigation.  As such, the documents should be filed under seal.

Courts have long recognized a "general right to inspect and copy public records and

documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978). But this right is not absolute. To balance the competing interests of the public's right of inspection against litigants' need for confidentiality, a party seeking to file under seal matters related to dispositive motions must provide "compelling reasons" to do so. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).  A compelling reason exists in this case because the documents relate to confidential police investigations and have been deemed confidential and subject to the protective order.

Plaintiffs respectfully request that the Court grant their motion to file the following documents under seal from the Declaration of A. Cabral Bonner in opposition to Defendants' Motion for Summary Adjudication.

      a.  Exhibit 2:  Deposition of Ersie Joyner

      b.  Exhibit 4:  Deposition of Paul Figueroa

      c.  Exhibit 5.  Deposition of Patrick Caceres

      d.  Exhibit 6:  Excerpts of DOJ Longmire Interview

      e.  Exhibit 7:  04-019500 LRMS Waajid Bey

      f.  Exhibit 8:  05-034462 Case Notes

      g.  Exhibit 9:  05-034462 John Bey Incident Report

      h.  Exhibit 10:  05-034462 Police Reports

      i.  Exhibit 11:  07-0538 Log

      j.  Exhibit 13:  07-0538 CPRB Complaint

      k.  Exhibit 14:  7/12/07 Dellums Letter to DA

      l.  Exhibit 15:  07-059842 CPRB Follow-up Report

      m.  Exhibit 16:  07-0553 Log

      n.  Exhibit 17:  07-0553 DOJ Report

      o.  Exhibit 19:  13-1062 10/4/13 Email from Lois to Griffin

      p.  Exhibit 20:  13-1062 11/6/13 CRPB Continued Complaint

      q.  Exhibit 21:  13-1062 Log

      r.  Exhibit 22:  13-1062 Email Notice to Downing Regarding Sustained Allegation

s.   Exhibit 23:  13-1062 4/15/14 Email Cunningham to Supriano

t.   Exhibit 24:  13-1062 ASB Closing Out

u.   Exhibit 25:  13-1062 JMB Closing Out

v.   Exhibit 26:  13-1062 Report

w.  Exhibit 28:  13-1062 Att 1-13 Joyner Transcript

x.   Exhibit 29:  Outlaw Email Letter 8/15/13

y.   Exhibit 30:  13-1062  Letters and Emails to OPD

z.   Exhibit 32:  13-1062 CPRB Notice and Complaint

aa. Exhibit 38:  Deposition of William Griffin

bb. Exhibit 39:  CID Call Schedule

cc. Exhibit 40:  7/25/07 IAD Note

dd. Exhibit 45:  Letter Dated February 21, 2013

ee. Exhibit 46:  Letter Dated November 30, 2012

ff.  Exhibit 47:  Letter Dated November 5, 2012

gg. Exhibit 48:  Letter Dated February 8, 2013

hh. Exhibit 49:  Complaint Investigation Report

ii.  Exhibit 50:  Letter Dated January 7, 2013

jj.  Exhibit 53:  Photos of John Bey and Crime Scene

kk. Exhibit 54:  05-0538 Complaint Investigation Report

ll.  Exhibit 55:  10/4/11 Email from Robyn Clark to Robert Messier

mm.Exhibit 58:  13-1062 CPRB Case Assignment Form

nn. Exhibit 59:  Bey's Complaints


DATED: July 9, 2019                    RESPECTFULLY SUBMITTED
                                       LAW OFFICES OF BONNER AND BONNER


                                       By:/s/ A. Cabral Bonner
                                       A.  CABRAL BONNER, ESQ.
                                       ATTORNEY FOR PLAINTIFF


PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL       14-cv-01626-JSC