# Exhibit 4: Deposition of Paul Figueroa